| | |
|---|---|
| 1 | ROBERT E. KREBS, CA State Bar No. 57526, rkrebs@thelen.com |
| | CHRISTOPHER L. OGDEN, CA BAR NO. 235517, cogden@thelen.com |
| 2 | THELEN REID BROWN RAYSMAN & STEINER LLP |
| | 225 West Santa Clara, 12th Floor |
| 3 | San Jose, CA. 95113-1723 |
| | Tel. 408.292.5800; Fax 408.287.8040 |
| 4 | |
| | RONALD F. LOPEZ, CA State Bar No. 111756, rflopez@thelen.com |
| 5 | LISA C. MCCURDY, CA State Bar No. 228755, lmccurdy@thelen.com |
| | THELEN REID BROWN RAYSMAN & STEINER LLP |
| 6 | 101 Second Street, Suite 1800 |
| | San Francisco, CA 94105 |
| 7 | Tel. 415.371.1200; Fax 415.371.1211 |
| 8 | ANDREA M. MILLER, CA State Bar No. 88992, amiller@nmlawfirm.com |
| | NAGELEY, MEREDITH & MILLER, INC. |
| 9 | 8001 Folsom Boulevard, Suite 100 |
| | Sacramento, CA 95826 |
| 10 | Tel. 916.386.8282; Fax 916.386.8952 |
| 11 | Attorneys for Defendant |
| | MARTIN BROTHERS CONSTRUCTION, |
| 12 | a California corporation. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 15 | SEMMATERIALS, L.P., an Oklahoma limited partnership, | Case No.: 2:08-CV-00843-FCD-GGH |
| 16 | | **ORDER GRANTING MARTIN BROTHERS CONSTRUCTION'S APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION FOR PRELIMINARY INJUNCTION** |
| 17 | Plaintiff, | |
| 18 | vs. | |
| 19 | MARTIN BROTHERS CONSTRUCTION, a California corporation, | |
| 20 | Defendant. | |
| 21 | | |
| 22 | MARTIN BROTHERS CONSTRUCTION, a California corporation, | |
| 23 | Counterclaimant, | |
| 24 | vs. | |
| 25 | SEMMATERIALS, L.P., an Oklahoma limited partnership, | |
| 26 | Counterdefendant. | |

SF #1489708 v1

On Friday, May 23, 2008, Defendant and Counterclaimant Martin Brothers Construction ("MBC") filed an application to shorten time for hearing on its Motion for Preliminary Injunction. Having considered the application, the declaration of Ronald F. Lopez filed in support thereof, the opposition of plaintiff SemMaterials, L.P., and the complete record in the case, and good cause appearing:

IT IS HEREBY ORDERED that:

1. MBC's application to shorten time is GRANTED.
2. SemMaterials' opposition to the Motion for Preliminary Injunction shall be filed and served on or before Thursday, May 29, 2008 at 4:00 p.m.
3. MBC may file and serve a reply, if any, thereto on or before Saturday, May 31, 2008 at 12:00 p.m.
4. The hearing on the Motion for Preliminary Injunction is set for Monday, June 2, 2008 at 2 p.m. in Courtroom 2, 15th Floor of the above-entitled Court.
5. MBC's Motion for Summary Judgment shall remain set for hearing as presently noticed on June 20, 2008. Briefing on that motion shall comply with E.D. Cal. L.R. 78-230.

Dated: May 28, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE