1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

----oo0oo----

11

SEMMATERIALS, L.P., an
12 Oklahoma limited partnership,

NO. CIV. S-08-0843 FCD GGH

13          Plaintiff,

14     v.                            MEMORANDUM AND ORDER

15 MARTIN BROTHERS CONSTRUCTION,
a California corporation,

16

          Defendant.
17 _____/

18

MARTIN BROTHERS CONSTRUCTION,
19 a California corporation,

20          Counterclaimant,

21     v.

22 SEMMATERIALS, L.P., an
Oklahoma limited partnership,

23

          Counterdefendant.
24 _____/

25                        ----oo0oo----

26     Having considered counterdefendant SemMaterials, L.P.'s

27 Request to Present Oral Testimony During Hearing on the Motion

28 for a Preliminary Injunction, and good cause having been shown,

1

1  the court GRANTS counterdefendant's request.   Both

2  counterclaimant and counterdefendant may present oral testimony

3  at the hearing.   Each party shall have one hour to present

4  testimony and/or argument regarding counterclaimant's Motion for

5  a Preliminary Injunction.

6        IT IS SO ORDERED.

7  DATED: May 30, 2008

8                                    _____
                                     FRANK C. DAMRELL, Jr.
9                                    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28