UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SEMMATERIALS, L.P., an
Oklahoma limited partnership,

        Plaintiff,

   v.

MARTIN BROTHERS CONSTRUCTION,
a California corporation,

        Defendant.

NO. CIV. S-08-843 FCD/GGH

MEMORANDUM AND ORDER

----oo0oo----

    This matter is before the court on plaintiff SemMaterials, L.P.'s motion for voluntary dismissal, pursuant to Fed. R. Civ. P. 41(a)(2), of its complaint against defendant Martin Brothers Construction ("Martin Brothers").[1]  Plaintiff moves for dismissal on the ground that Martin Brothers completed the subject Caltrans Contracts using a sub-licensee for the alleged patented NOVACHIP Process, thereby mooting the infringement complaint against Martin Brothers.

---

[1] Because oral argument will not be of material assistance, the court orders this matter submitted on the briefs. E.D. Cal. L.R. 78-230(h).

1

1   Martin Brothers does not oppose the motion.  (Docket #64.)
2 As such, the court GRANTS plaintiff's motion.  Plaintiff's
3 complaint against Martin Brothers is HEREBY dismissed without
4 prejudice.[2]

5   IT IS SO ORDERED.
6  DATED: July 15, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

[2]   The case remains pending on Martin Brothers' counter-claim against plaintiff.  (Docket #11.)  However, the case is presently stayed pursuant to the court's order of July 25, 2008 (Docket #48), due to the notice of filing of bankruptcy by plaintiff (Docket #47).

2