|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| SEMMATERIALS, L.P., | No. CIV.S-08-0843 FCD GGH |
| --- | --- |
| Plaintiff, | |
| v. | |
| MARTIN BROTHERS CONSTRUCTION, | **RELATED CASE ORDER** |
| Defendant . | |
| _____/ | |
| ROAD SCIENCE, L.L.C, | |
| Plaintiff, | No. CIV.S-09-2023 FCD GGH |
| v. | |
| CONTINENTAL WESTERN TRANSPORTATION COMPANY, INC., et. al., | |
| Defendants | |
| _____/ | |
| ROAD SCIENCE, L.L.C., | |
| Plaintiff, | No. CIV. S-10-0786 MCE DAD |
| v. | |
| TELFER OIL COMPANY dba WINDSOR FUEL COMPANY, et. al., | |
| Defendants. | |
| _____/ | |

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997). The actions involve the same parties, are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated, CIV. S-10-0786 MCE DAD is reassigned to District Judge Frank C. Damrell, Jr., and Magistrate Judge Gregory G. Hollows for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as: **CIV. S-10-0786 FCD GGH.**.

IT IS FURTHER ORDER that the Clerk of Court issue an Order Requiring a Joint Stats Report for the undersigned.

IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: April 6, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2