IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEMMATERIALS, L.P.

    Plaintiff,                      No. CIV S-08-0843 KJM GGH

    vs.

MARTIN BROTHERS CONSTRUCTION,

    Defendant.
_____/

ROAD SCIENCE, L.L.C.

    Plaintiff,                      No. CIV S-09-2023 KJM GGH

    vs.

CONTINENTAL WESTERN
TRANSPORTATION COMPANY,
INC., et al.,

    Defendants.
_____/

ROAD SCIENCE, L.L.C.,

    Plaintiff,                      No. CIV S-10-0786 KJM GGH

    vs.

TELFER OIL COMPANY dba
WINDSOR FUEL COMPANY, et al.,    <u>ORDER</u>

    Defendants.
_____/

       Pursuant to 28 U.S.C. Section 455(a), the undersigned recuses himself from each of the three-captioned cases.

DATED: 10/19/2011

                                                /s/ Gregory G. Hollows
                                                UNITED STATES MAGISTRATE JUDGE